# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-00228-TFM |
| | ) | |
| CHRISTOPHER GARRICK TRONQUET | ) | |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

> **One Ruger, Model P90DC, .45 caliber pistol, serial number 66150525;**
>
> **One Sig-Sauer, 9mm pistol, serial number 54B178108;**
>
> **One Smith & Wesson, Model M &P 15, .556 caliber rifle, serial number SM16945;**
>
> **One Armscor of the Philippines, Model 1911, .45 caliber pistol, serial number RIA1872840;**
>
> **Seven (7) Metal cylindrical devices, no manufactures markings, or serial numbers**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On August 31, 2022, the United States filed a motion for preliminary order of forfeiture for the above-mentioned property. In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Counts One and Three of the Superseding Indictment. On August 31, 2022, pursuant to 18 U.S.C. § 924(d), Title 28 U.S.C. § 2461(c) and

Fed. R. Cr. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the property.  (Doc. 33, PageID.96-99)

In accordance with the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461 (c ) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the property, on the official government website, www.forfeiture.gov, beginning on September 2, 2022 and ending on October 1, 2022.  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the property became final as to the defendant, Christopher Garrick Tronquet, at the time of sentencing and was made a part of the sentence and included in the judgment.  (Doc. 56, PageID.195)

Thus, the United States has met all statutory requirements for the forfeiture of the property, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the property listed above are **CONDEMNED, FORFEITED and VESTED** in

the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Department of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the property and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Department of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the property in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 31st day of May 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE